UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| TIMOTHY H. JOHNSON,<br><br>　　　　　Plaintiff<br><br>　v.<br><br>MARKS, et al.,<br><br>　　　　　Defendants | Case No. 3:23-cv-00361-ART-CSD<br><br>ORDER |

On November 28, 2023, the Court entered its order scheduling a mediation conference in this prisoner civil-rights action. (ECF No. 24). One day later, Plaintiff filed notice that his new address is Northern Nevada Correctional Center. (ECF No. 25). Plaintiff now moves the Court to provide him a copy of the November 28 order, arguing he did not receive it. (ECF No. 26).

Good cause appearing, it is hereby ordered that Plaintiff's motion for a courtesy copy of the November 28 order (ECF No. 26) is granted.

The Clerk of the Court is directed to electronically send Plaintiff Timothy Johnson a courtesy copy of the Court's November 28, 2023, order (ECF No. 24) at his new address: nncclawlibrary@doc.nv.gov.

DATED THIS 7th day of December 2023.

_____
United States Magistrate Judge