UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| TIMOTHY H. JOHNSON,<br><br>    Plaintiff<br><br>v.<br><br>DANA MARKS, et al.,<br><br>    Defendants | Case No.: 3:23-cv-00361-ART-CSD<br><br>**Order** |

On October 30, 2023, the court issued an order directing the Attorney General's Office to file a notice within 10 days indicating whether it will enter a limited notice of appearance on behalf of the Defendants for the purposes of responding to Plaintiff's pending motion for injunctive relief. If the Attorney General's Office was willing to do so, it was also ordered to file a response to the motion for injunctive relief within 10 days, and file under seal any relevant medical records, and ensure Plaintiff is given a reasonable opportunity to review such records. (ECF No. 21.)

On November 15, 2023, the Attorney General's Office filed a notice that it will enter a limited notice of appearance. (ECF No. 22.) The notice says that it is doing so for purposes of settlement discussions, as discussed in the screening order. The notice does not reference the court's order concerning Plaintiff's motion for injunctive relief, and no response has been filed to the motion for injunctive relief by the Attorney General's Office.

The court will give the Attorney General's Office up to and including **December 20, 2023**, to file a response to the motion for injunctive relief, including an explanation as to why the response was not timely filed. Any relevant medical records should be filed under seal and

Plaintiff shall be given a reasonable opportunity to review those records. Plaintiff has up to and including **December 28, 2023**, to file a reply brief.

If the Attorney General's Office does not file a response, the court will issue an order to show cause why counsel should not be sanctioned for failing to comply with the court's order.

Plaintiff's motion for an order shortening time for a decision on Plaintiff's motion for injunctive relief (ECF No. 28) is **DENIED**. The court will give the Attorney General's Office one final opportunity to respond before addressing the motion for injunctive relief. The court will set a hearing on this matter for a date after briefing is complete.

**IT IS SO ORDERED**.

Dated: December 11, 2023

_____
Craig S. Denney
United States Magistrate Judge