# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

TIMOTHY JOHNSON,

    Plaintiff

v.

DANA MARKS, et al.,

    Defendants

Case No.: 3:23-cv-00361-ART-CSD

**Order**

On or before **March 15, 2024**, Defendants shall file a status update concerning Plaintiff's follow up care for his bladder tumor and his appointment with the vascular surgeon concerning his abdominal aortic aneurysm and any treatment and/or follow up care.

Defendants shall also file under seal (no motion for leave is necessary) the relevant medical records between now and the time the status update is due. Finally, Defendants shall ensure that Plaintiff is given a reasonable opportunity to review these records.

**IT IS SO ORDERED**.

Dated: February 14, 2024

_____
Craig S. Denney
United States Magistrate Judge