**UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA**

| | |
|---|---|
| TIMOTHY H. JOHNSON,<br><br>        Plaintiff,<br><br> v.<br><br>DANA MARKS, *et al.*,<br><br>        Defendants. | 3:23-cv-00361-ART-CSD<br><br>**ORDER**<br><br>Re: ECF No. 106 |

  Before the court is Plaintiff's Motion to Complete Service on Newly Discovered Defendants by U.S. Marshal. (ECF No. 106.)

  On April 8, 2025, the court granted Plaintiff leave to file a third amended complaint, which added new Defendants. (ECF Nos. 100, 101.) Plaintiff subsequently filed a motion for clarification, asking "whether or not counsel for the Defendants newly identified in the third amended complaint accepts service on their behalf or not." (ECF No. 103.)

  On May 1, 2025, the court entered its order granting Plaintiff's motion for clarification and directed the process for service. (ECF No. 104.)

  Based on the above, Plaintiff's Motion to Complete Service on Newly Discovered Defendants by U.S. Marshal (ECF No. 106) is **DENIED** without prejudice. Once the Attorney General's Office files its notice advising the court and Plaintiff of the names of the Defendants for whom it does and

1

does not accept service, the court will direct the U.S. Marshal to proceed with service of any Defendant(s) for whom the Attorney General's Office does not accept service.

**IT IS SO ORDERED.**

DATED: May 6, 2025.

_____
Craig S. Denney
United States Magistrate Judge