**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

TIMOTHY H. JOHNSON,

                        Plaintiff,

    v.

DANA MARKS, *et al.*,

                        Defendants.

3:23-cv-00361-ART-CSD

**ORDER RE: SERVICE OF PROCESS**

The Office of the Attorney General did not accept service of process on behalf of Defendants **Judith L. Tan, Elbeth Albana** and **Barbie Barrett**. (ECF No. 109.) However, the Attorney General has filed the last known addresses of these Defendants under seal. (ECF No. 110.)

The Clerk shall ISSUE summonses for **Judith L. Tan, Elbeth Albana** and **Barbie Barrett** and send the same to the U.S. Marshal with the addresses provided under seal. (ECF No. 110.) The Clerk shall also SEND sufficient copies of the Third Amended Complaint (ECF No. 101), the screening order (ECF No. 100), and this order to the U.S. Marshal for service on Defendants Tan, Albana and Barrett. The court will separately provide to the U.S. Marshal completed USM 285 forms for the Defendants.

Plaintiff is reminded that **July 31, 2025**, is the deadline to complete service of process pursuant to Fed. R. Civ. P. 4(m).

**IT IS SO ORDERED.**

DATED: May 23, 2025.

_____

Craig S. Denney
United States Magistrate Judge