# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

TIMOTHY H. JOHNSON,

    Plaintiff

v.

DANA MARKS, et al.,

    Defendants

Case No.: 3:23-cv-00361-ART-CSD

**Order**

Re: ECF No. 147

Before the court is Plaintiff's motion to supplement his third amended complaint and proposed supplemented third amended complaint. (ECF Nos. 147, 147-1.) Defendants filed a response indicating they do not oppose the motion insofar as the supplement merely seeks to add additional facts regarding medical appointments that have occurred since the filing of the prior complaint, and not to add parties or claims. (ECF No. 148.)

"On motion and reasonable notice, the court may, on just terms, permit a party to serve a supplemental pleading setting out any transaction, occurrence, or event that happened after the date of the pleading to be supplemented." Fed. R. Civ. P. 15(d).

As Plaintiff represents he is not adding new parties or claims, and only supplementing the third amended complaint with facts that occurred after the filing of the third amended complaint, the court will grant Plaintiff's motion for leave to supplement the third amended complaint.

///

///

///

///

**CONCLUSION**

Plaintiff's motion to supplement his third amended complaint (ECF No. 147) is **GRANTED**.

The Clerk shall **FILE** the supplemented third amended complaint (ECF No. 147-1).

**IT IS SO ORDERED.**

Dated: May 27, 2026

_____
Craig S. Denney
United States Magistrate Judge